UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-5-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | FOR ADDITIONAL FUNDS |
| TIOFILO LOPEZ-MORALES, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion, though counsel, to authorize payment of services of $450 for a sentencing guideline specialist used in this matter. For good cause shown, the motion is ALLOWED.

Sentencing guideline specialist Steve Horne shall be paid $450.00 for his work performed in this case.

SO ORDERED.

This the 26th day of October, 2016.

Malcolm J. Howard
Senior United States District Judge